# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133596(34)(35)

FERN WILLER,
        Plaintiff-Appellee,

v

TITAN INSURANCE COMPANY,
        Defendant-Appellant.

_____

SC: 133596
COA: 273805
Wayne CC:  06-607259-CK

On order of the Chief Justice, the motion by the Michigan Association For Justice for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2008

_____
Clerk